■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY SAPIR, Appellant. [596 NYS2d 715] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brill, J.), rendered May 2, 1990, convicting him of grand larceny in the second degree (two counts), offering a false instrument for filing in the first degree (27 counts), and nonpayment of taxes in violation of Tax Law § 289-b (2) (20 counts), upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress statements made by him to law enforcement authorities.

Ordered that the judgment is affirmed, and the matter is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (5) *(see, People v Shurka,* 191 AD2d 724 [decided herewith]). Balletta, J. P., Rosenblatt and Miller, JJ., concur.

O'Brien, J., dissents and votes to reverse the judgment, on the law, to grant that branch of the defendant's motion which was to suppress his statements to law enforcement authorities, and to order a new trial, with the following memorandum: I find that the statements made by the defendant to his codefendant in Hebrew were obtained from the defendant in violation of his right to counsel and were therefore inadmissible on the People's direct case. Since the admission of these statements was not harmless error, I would reverse the defendant's conviction and grant him a new trial *(see, People v Shurka,* 191 AD2d 724 [decided herewith]).